IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GULFSOUTH PRIVATE BANK, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:12cv764-MHT |
| | ) | (WO) |
| JAMES E. JOHNSTON, | ) | |
| | ) | |
|    Defendant. | ) | |

### JUDGMENT

By agreement of the parties, it is the ORDER, JUDGMENT and DECREE of the court that plaintiff's oral motion to dismiss, made on the record on November 1, 2012, is granted and that this cause is dismissed in its entirety without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of November, 2012.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE